IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL HOOVEN,            )
     Plaintiff,          )
                    )
    v.                  )     Civil Action No. 2:26-cv-00542
                    )
MIRACLE MOVERS, INC.,    )
     Defendant.        )

**EXHIBIT 1**
**TO**
**DEFENDANT MIRACLE MOVERS, INC.'S BRIEF IN SUPPORT OF ITS MOTION TO
DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)**

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

**Arbitration Division**

DANIEL HOOVEN,

        Plaintiff,

    vs.

MIRACLE MOVERS OF PITTSBURGH, LLC,

        Defendant.

No.:

PLAINTIFF'S COMPLAINT

Code:

Filed on Behalf of: Plaintiff Daniel Hooven

Counsel of Record for this Party:

MAX PETRUNYA, ESQUIRE
Pa I.D. No.: 309122

MAX PETRUNYA, P.C.
5 Bayard Rd., Unit 917
Pittsburgh, PA 15213
(412) 720-3497

maxpetrunyapc@gmail.com

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

**Arbitration Division**

DANIEL HOOVEN,

        Plaintiff,

        vs.

MIRACLE MOVERS OF PITTSBURGH, LLC,

        Defendant.

No.:

## **NOTICE TO DEFEND**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice were served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, THEN YOU SHOULD GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:**

Lawyer Referral Service
Allegheny County Bar Association
11th Floor Koppers Building
436 Seventh Ave.
Pittsburgh, PA 15219
Telephone: (412) 261-5555

_____

**YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS**

**OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE ENTERED AGAINST**

**YOU BEFORE THE HEARING. IF YOU DO NOT APPEAR FOR THE HEARING, THE**

**CASE MAY BE HEARD IMMEDIATELY BEFORE A JUDGE. THERE IS NO RIGHT**

**TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.**

**NOTICE OF HEARING DATE**

**If you file the written response referred to in the Notice to Defend, above, a hearing on the Complaint and your defenses will take place in Courtroom 2 on the 7111 Floor of the City-County Building, 414 Grant Street, Pittsburgh, Pennsylvania, on the  day of  20\_\_  at 9:00 A.M. IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING.**

**DUTY TO APPEAR AT ARBITRATION HEARING**

**If one or more of the parties is not present at the hearing, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.**
**NOTICE: YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. IF ONE OR MORE OF THE PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE HEARD IMMEDIATELY BEFORE A JUDGE WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Arbitration Division

DANIEL HOOVEN,

                                        No.:

    Plaintiff,

    vs.

MIRACLE MOVERS OF PITTSBURGH, LLC,

    Defendant.

## COMPLAINT IN ARBITRATION

AND NOW come the Plaintiff, Daniel Hooven, by and through his undersigned counsel, Max Petrunya, Esquire, and the law firm of MAX PETRUNYA, P.C., and claim damages of the Defendant, Miracle Movers of Pittsburgh, LLC, upon a cause of action, whereof the following are statements:

## PARTIES

1.    The Plaintiff, Daniel Hooven, is an adult individual residing at 3008 Greenview Lane, Mars, Allegheny County, Pennsylvania 16046.

2.    The Defendant, Miracle Movers of Pittsburgh, LLC, is a Pennsylvania limited liability company with its principal place of business at 2626 Strathmore Lane, Bethel Park, Allegheny County, Pennsylvania, 15102.

3.    At all times relevant hereto, Defendant Miracle Movers of Pittsburgh, LLC (hereinafter referred to as "Miracle Movers" or "Defendant") was acting by and through its duly authorized agents, servants, and/or employees who were then and there acting within the course and scope of their employment.

## VENUE

4.      Venue in the arbitration division in the Allegheny County Court of Common Pleas is proper given that the amount in dispute is less than fifty thousand dollars ($50,000.00) and the actions giving rise to the issues contained herein originated in Allegheny County, Pennsylvania. Additionally, the Defendant is headquartered in Allegheny County.

## FACTS

5.      On or about September 10th, 2024, Plaintiff Daniel Hooven contracted with Defendant Miracle Movers for the company to move his personal property from  1415 Towne Square Drive, Allison Park, Allegheny County, Pennsylvania 15101 into his newly constructed home at 3008 Greenview Lane, Mars, Allegheny County, Pennsylvania 16046.

6.      At the time of the agreement, Defendant assured Plaintiff that it could safely and professionally move and store Plaintiff's items, and that Defendant would safely and professionally render all services.

7.      The Defendant provided an initial estimate of $4,417.30 at the time of the initial contract for the safe storage and move of all of the property.

8.      The quote was increased by Defendant to $5,397.46, which Plaintiff agreed to pay.

9.      Defendant packed up and stored Plaintiff's items on November 5, 2024.

10.     On November 14th, 2024, Defendant began the process of moving Plaintiff's items into his newly constructed home.

11.     Defendant's employees were four hours late to the move, an initial foreshadowing of the fact that Defendant was not capable of providing the services it promised to Plaintiff.

12.     It is important to note that Plaintiff's home was a brand-new construction by Infinity Custom Homes, and Plaintiff had completed a whole house walkthrough with two members of the Infinity construction team before Defendant undertook its efforts to move Plaintiff's property into the home.

13.     During the initial move on November 14, 2024, Defendant realized it was missing a large portion of Plaintiff's personal property and had to return on November 15, 2024 to complete the move.

14.     Upon return on November 15, 2024, Defendant realized that it was missing, as detailed below, several items of Plaintiff's personal property which Defendant had packed and assured would be stored and delivered safely and professionally.

15.     During the process of storing, shipping the items, and delivering the items to the Plaintiff's new home, several items were caused to be damaged or lost, and damage was done to Plaintiff's newly constructed home, the details of which included, but were not limited to the following:

 a.  King sized bed (large rips/holes, water damage and stains);

 b.  Queen sized bed (severe water damage, rips, and stains);

 c.  Full size bed (severe stains and dirt)

 d.  Dining Room Table Set (severe scratches, scrapes and chunks missing);

 e.  Liquor Cabinet (severe scratches, scrapes and lost functionality (doors));

f. China Cabinet (severe scratches, dents, missing pieces and lost functionality (family heirloom, wife's great grandfather hand built));

g. Master Bedroom Set (severe scratches, dents, missing original hardware);

h. Large two-piece sectional couch (severe water damage, hardware damage, and stains);

i. Coffee Table Set (severe scratches, dents, lost functionality);

j. Office Desk (severe scratches, dents, leg damage);

k. Living Room Chair frames (severe scratches, dents, chipped paint);

l. Basement floor scratched and damaged (severe scratches in LVT from movers dragging furniture and a couch that had nails exposed from movers losing the leg – entire floor needs replaced as per contractor);

m. Fourth level floor scratched and damaged (severe scratches from movers dragging/dropping furniture, will need replaced);

n. Walls throughout the house damaged (chunks of drywall missing, severe scrapes and scratches throughout the home that require full restoration and painting);

o. Front Door damaged (chunks of décor missing, needs repainted, was not removed by the movers despite being told to);

p. Step Kick Guards damaged (scratches and dents; needs completely repainted with several requiring restoration);

q. Trim damaged with scratches and dents (needs completely repainted with several requiring restoration);

r. Bed bags lost (Defendant was asked to purchase them and promised reimbursement from Defendant's employee Andrew Zeffiro, was never reimbursed despite receipts being provided)

s. Furniture hardware lost (Defendant was asked to purchase them and promised reimbursement from Defendant's employee Andrew Zeffiro, was never reimbursed despite receipts being provided. Took 2 trips to Home Depot and Lowes to find similar pieces, still not original sets, Miracle Movers);

t. Pillows damages requiring dry cleaning; (set of Four-Season pillows arrived with severe water damage, Defendant opted to dry clean them due to the cost of them (approximately $120 each));

u. Egg poaching pan lost (Zwilling Spirit Ceramic Set);

v. Mikasa dish set lost;

w. Corningware baking set shattered;

x. Le Crueset Cast Iron Pan shattered;

y. Pyrex Glass bowl set missing;

z. South Point bedding set lost;

16.    Plaintiff estimates damage incurred to his property and premises to be a total of $27,261.01 based upon replacement value, time in a hotel without anywhere to sleep due to damages furniture, repair value, and the costs of services to repair the damage done to his newly

constructed home. A spreadsheet outlining all of the damage and estimates is attached hereto as Exhibit A.

17.    On November 25th, 2024, Plaintiff sent a letter to Defendant outlining all of the damage.

18.    To date, January 7, 2025, Defendant has not responded to Plaintiff's request for reimbursement.

19.    Plaintiff's counsel sent a letter dated January 7, 2025 to Defendant regarding the filed damage claim to his property but have to date received no response or compensation for damages caused during the move. (See attached letter, attached hereto as Exhibit "C").

## COUNT ONE - BREACH OF CONTRACT

20.    The preceding paragraphs of Plaintiff's Complaint are incorporated herein by reference as if fully set forth.

21.    Defendant Miracle Movers agreed to store and move Plaintiff's property with the "utmost care and respect" and consistent with industry standards.

22.    While Defendant Miracle Movers physically relocated Plaintiff's property from November 14th and November 15th, 2024 to his new home, Defendant Miracle Movers failed to store or move his property with the "utmost care and respect" and consistent with industry standards.

23.    As a result of Miracle Movers failure to perform, Plaintiff has suffered significant damages to his personal property and new home.

24.    The total damages for the property, reimbursement, and repairs are found at Exhibit A and total $27,261.01.

WHEREFORE, Plaintiff Daniel Hooven respectfully requests that this Court enter judgment in his favor and against Miracle Movers for breach of contract and award appropriate damages and interest.

## COUNT TWO - UNFAIR TRADE PRACTICES VIOLATION

25. The preceding paragraphs of Plaintiff's Complaint are incorporated herein by reference as if fully set forth.

26. Defendant Miracle Movers promised to safely store and move Plaintiff's personal, family and household possessions to his new home.

27. As a direct result of the failure of Defendant Miracle Movers to complete the move of Plaintiff's property consistent with the representations and agreement reached, Plaintiff has suffered an ascertainable loss of money and property, including having to retain the services of a lawyer to seek redress for his damages.

28. Plaintiff's loss occurred as a direct result of the use by Defendant Miracle Movers of practices declared unlawful under Pennsylvania's Unfair Trade Practices and Consumer Protection Law - mainly false statements and deceptive advertising.

29. Plaintiff justifiably relied upon the false statements and deceptive advertising when agreeing to hire Miracle Movers to move his possessions.

30. As a result of these representations, Plaintiff has approximately incurred $27,261.01, along with attorney's fees and costs associated with the instant action to recover his damages.

WHEREFORE, Plaintiff Daniel Hooven respectfully requests that this Court enter judgment in his favor and against Miracle Movers for a violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law and award appropriate damages.

## COUNT THREE - NEGLIGENCE

31.    The preceding paragraphs of Plaintiffs' Complaint are incorporated herein by reference as if set forth fully.

32.    Defendant Miracle Movers agreed to safely store and move Plaintiff's possessions from his old residence to his newly constructed home.

33.    In undertaking this move, Defendant Miracle Movers assumed a duty to perform the storage and move consistent with industry standards and the "utmost care and respect."

34.    As a result of the failure of Defendant Miracle Movers to perform the storage and move consistent with industry standards and the "utmost care and respect," Plaintiff has suffered damage and destruction to his possessions.

35.    Given the extensive nature of the damages, Plaintiff Daniel Hooven is still in the process of evaluating the full scope of damages; however, the damages will not exceed the jurisdictional limit established for compulsory arbitration pursuant to the Allegheny County Local Rules.

WHEREFORE, Plaintiff Daniel Hooven respectfully requests that this Court enter judgment in his favor and against Miracle Movers for negligence and award appropriate damages and interest.

WHEREFORE, the Plaintiff, Daniel Hooven, claims damages of the Defendant, Miracle Movers, in a sum of $27,261.01 within the jurisdictional limits of arbitration, together with interest, costs of suit, and any other damages which this Honorable Court deems necessary to recover for which this suit is brought.

Respectfully submitted,

MAX PETRUNYA, P.C.

By:_____

Max Petrunya, ESQUIRE
Counsel for Plaintiff

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

**Arbitration Division**

DANIEL HOOVEN,

                                        No.:

    Plaintiff,

    vs.

MIRACLE MOVERS OF PITTSBURGH,
LLC,

    Defendant.

**<u>VERIFICATION</u>**

I verify that the averments of fact made in the foregoing Plaintiff's Complaint are true and correct and based on my personal knowledge, information or belief. I understand that averments of fact in said document are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsifications to authorities.

_1-28-25_____
    Dated

_____
                Daniel Hooven

## Miracle Movers - Damage, Lost Items, Repairs Inventory

| Miracle Movers Damage | | |
|---|---|---|
| Damaged Items | $ | 4,978.94 |
| Reimbursements | $ | 3,087.07 |
| Remediation Costs | $ | 10,425.00 |
| AM Mills Cost | $ | 8,770.00 |
| Due to Daniel Hooven | $ | 27,261.01 |

| Damaged Items | | | |
|---|---|---|---|
| Item | Estimated Cost | Actual Cost | Reciept |
| King Bed | | $ 3,178.94 | Yes |
| Queen Bed | $ 1,800.00 | | |
| Large Sectional | | $ 1,388.86 | yes |
| Dining Room Table Set | Please See AM Mills Estimate | | |
| Liqour Cabinet | Please See AM Mills Estimate | | |
| China Cabinet | Please See AM Mills Estimate | | |
| Master Bed Set | Please See AM Mills Estimate | | |
| Coffee Table Set | Please See AM Mills Estimate | | |
| Office Desk | Please See AM Mills Estimate | | |
| Guest Bedroom Set | Please See AM Mills Estimate | | |
| Living Room Chair Frames | Please See AM Mills Estimate | | |

| House Damage | | | |
|---|---|---|---|
| Item | Estimated Cost | Actual Cost | Reciept |
| Basement LVT | Please See AM Mills Estimate | | |
| Fourth Floor LVT | Please See AM Mills Estimate | | |
| All Walls | Please See Moreno Construction Estimate | | |
| Front Door | Please See Moreno Construction Estimate | | |
| Step Kick Guards | Please See Moreno Construction Estimate | | |

| Reimbursements | | | |
|---|---|---|---|
| Item | Estimated | Actual Cost | Reciept |
| Bed Bags | | $ 82.56 | Yes |
| Furniture Hardware | | $ 30.74 | Yes |
| Pillow Dry Cleaning | | $ 104.00 | Yes |
| ZeroRez Cleaning | | $ 711.25 | Yes |
| Hotel Stay | | $ 164.16 | Yes |
| Zwilling Egg Poacher | | $ 177.50 | Yes |
| Mikasa Dish Set | | $ 71.00 | Yes |
| Coringware Bakeware Set | | $ 89.03 | Yes |
| Le Crueset Cast Iron Pan | $ 199.99 | | |
| Pyrex Glass Missing Bowl Set | | $ 38.49 | Yes |
| Ceramic Baking Dish | | $ 27.99 | Yes |
| South Point Bedding Set | $ 39.99 | | No |

| Repairs | | | |
| Vendor | Estimate | Actual | Reciept |
| --- | --- | --- | --- |
| AM Mills | $ 1,550.00 | | |
| AM Mills | $ 3,020.00 | | |
| AM Mills | $ 2,200.00 | | |
| AM Mills | $ 2,000.00 | | |
| Moreno Construction | $ 9,225.00 | | |
| Hotel | $ 700.00 | | |
| Post-Construciton Cleaning | $ 500.00 | | |

**Comments**

King bed arrived with holes and water stains from improper storage and handling. Not salvagable as per AM Mills.

Queen bed arrived with huge water stain covering 2/3 of the mattress from improper storage and handling. Not s

Large sectional arrived with extensive water damaged, ZeroRez cleaned it, but the cleaning could not make the co

Dining room table set (table and 6 chairs) arrived with noticeable damage from improper handling and storage - cl

Large liquor cabinet arrived with noticeable scrathces with random pieces of bubble wrap taped incorrectly on it -

Family heirloom built by great grandfather arrived severaly damaged with framing missing, loose glass, dents, scra

Master bedroom set (two tables, large bureau, bedframe) arrived with noticeable scratches, dents and paint chips

Coffee table set arrived with large scratches, wood chips and drawers sticking due to not being removed for alignr

Desk arrived with severe damage around the legs and scratches from improper storage and handling

Bedroom set of two tables and dresser arrived damaged - both surface and operational, due to Miracle Movers ne

Both frames arrived with paint missing and chips - we witnessed the one mover try to bring both in and dropped t

**Comments**

Andrew's crew left several deep scratches across the basement LVT from dragging furniture across the floor (they

Andrew's crew left several deep dents and scratches in brand new LVT from dragging furniture and dropping item:

Andrew's crew severely damaged nearly every single wall in the home - from chunks of drywall to scratches to sta

Andrew's crew damaged the front door due to not removing it prior to moving in (despite being told they would) a

Andrew's crew left several dents and scratches in the kickguards throughout the house (we asked several times th

**Comments**

Andrew's team did not have any bed bags on the beds on arrival, I asked they bag and place the damaged ones in

Andrew's team lost all of the bed frame hardware somehow (I told them to place them in the zipper pockets), the

Andrew's team improperly stored four pillows (Four seasons, $120 EACH) in a box that ariived with obivious water

Andrew's team improperly stored  our full mattress, sectional, sleeper couch and two living room chairs - leaving t

Had to stay at a hotel our first night of owning the home due to all of the bedding being damaged/destroyed - And

Andrew's crew lost/never delivered the egg poaching pan - had to replace the whole set, this was a gift from my v

Andrew's crew lost/never delivered the remaining Trellis pasta bowls and dinner plates - replaced the missing one

Coringware baking set arrived shattered - had to replace whole set (this was previosly listed as glass lasagana pan,

Cast Iron pan arrived shattered - the amount of force it takes to shatter one of these is severe, so it had to have be

Andrew's crew lost/never delivered the pyrex lids - we have to buy as a set - MM still claims they have no idea wh

Andrew's crew lost/never delivered the our lasagna pan - - MM still claims they have no idea where this is (we sus

Andrew's crew lost/never delivered new bedding we purchased for the new house -  MM still claims they have no

| Comments |
|---|
| Estimated Furniture Repair Cost |
| Estimated Stair Tred and Refinish/Repair |
| Estimated First and Fourth Floor Installation |
| Estimated Flooring Material Cost |
| Estiamted Wall and Door Repairs/Painting (includes materials, prep) |
| AM Mills and Moreno Construction both seperately stated we would have to vacate the home for 3-4 days while |
| Will have to have professional cleaning service for post-construction after repairs from AM Mills and Moreno cons |

uch sanitary due to the water damage and mold concerns - needs replaced due to MM negligence

admitted they lost the plastic caps for the couch and were dragging it with nails sticking out)

ins - the damage is severe, all from improperly/negligently moving items throughout the house without
and forcing items through it - wood décor has chips and paint is noticeably scratched/chipped

the garage, Andrew assured me I would be reimbursed if I puchased the bags as his crew was unprepare
y asked that I purchase the hardware they lost or they wouldn't put the furniture back together (my ret

hem with black marks that required professional cleaning, full size bed is still not really clean (techniciar

vife's mother - MM still claims they have no idea where this is (updated due to Amazon price increase)

een slammed for some reason by a MM worker ((have not been able to find this to repurchase as it was

taking proper preperations (taking doors off, wrapping items, using straps, improper footwear) - docum

ired father in law and disabled friend had to help because MM team on day 2 did not want to do it

nented by their rep Benny, Jeramey Moreno, Daniel Hooven, and AM Mills - walls need completely repai

ired and repainted - cant touchup this extensive damage

7:39

**‹    Estimate    ⋮**

EDIT          PREVIEW          HISTORY



| **A. M. Mills Company LLC** | **ESTIMATE** |
|---|---|
| 1405 Overdale drive | EST0033 |
| Homestead, PA. 15120 | **DATE** |
| (412)720-9137 | 11/20/2024 |
| www.ammillscompanyupholstery.com | **TOTAL** |
| info@ammillscompanyupholstery.com | USD $9,420.00 |

**TO**

**Miracle Movers PGH**

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Paint Labor Cost** <br> This includes walls from entrance to the 4th floor stairwells, throughout each floor, front door touch ups, and kick plates from entrance to the 4th floor. | $3.00 | 725 | $2,175.00 |
| **Paint Cost** <br> Wall color | $125.00 | 1 | $125.00 |
| **Paint cost** <br> White kick plates | $75.00 | 1 | $75.00 |
| **Furniture repair cost** <br> This includes dining table and all chairs, 2 China closets, two bathroom shelving units, living room chair frame touch ups, clover plant stand repair, bed frame(slats, headboard, footboards and hardware), two end tables in bedroom and dresser, and coffee table. | $1,550.00 | 1 | $1,550.00 |
| Stair Tread Refinish/Repair | $755.00 | 4 | $3,020.00 |
| **First Floor and 4th Floor Install/Repair** <br> Not including flooring materials | $2,200.00 | 1 | $2,200.00 |
| **Steam Cleaning** <br> Full mattress and two chair cushions. | $275.00 | 1 | $275.00 |

| | TOTAL | USD $9,420.00 |
|---|---|---|

Estimate valid for 30 days upon receipt

Template





| ESTIMATE | #195 |
|---|---|
| TOTAL | $18,805.00 |

**Moreno Construction & Design**

3008 Greeneview Lane
Seven Fields, PA 16046

**CONTACT US**

3447 Babcock Blvd, 2
Pittsburgh, PA 15237

📞 (412) 638-9455
✉ Daniel.r.hooven@outlook.com

📞 (724) 799-6949
✉ jemoreno23@gmail.com

## ESTIMATE

| Services | qty | unit price | amount |
|---|---|---|---|
| Painting | 1.0 | $7,425.00 | $7,425.00 |
| Paint walls from the entryway by the front door coming up the steps, paint areas and corners on the first floor where furniture damaged the corners of the walls, paint areas going up to the second floor and third floor where furniture cause damage along with hand prints and scuffs are at. Entire wall will have to be painted to blend in properly. Have to fix all the risers on the steps where all the scuffs marks were from shoes are damage to painted areas. Will have to fix the front door we're furniture hit the edges caused paint to chip in damage the newly painted black door | | | |
| Patch damaged areas with drywall mud | 1.0 | $1,800.00 | $1,800.00 |
| Patch all areas on the corners of the top of the steps going up on the first floor along with the hallway damaged areas from the furniture when it was being moved in by the movers. Skim coat all the edges then sand prime so it can be ready for paint | | | |
| Flooring damaged with Gouges, scuffs, and Scratches | 1.0 | $9,580.00 | $9,580.00 |
| In the basement all of the flooring has scuffs and scratches throughout the entire floor that cannot be buffed out we will need to Sanded and refinished along with having it stained and sealed afterwards. Will need to set up dust collectors plastic things off prep the floors move furniture to contain a clean environment and dust control. Marks are On the steps first floor going up to the second floor and gouges all the way up on the third-floor that are going to need to also be filled want to send it to be able to blend in. | | | |

Services subtotal: $18,805.00

| Subtotal | $18,805.00 |
|---|---|
| Tax (PA 7%) | $0.00 |

| **Total** | **$18,805.00** |
|---|---|

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

_____Allegheny_____ **County**

| For Prothonotary Use Only: |
| --- |
| Docket No: |

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action**:
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

Lead Plaintiff's Name:
Daniel Hooven

Lead Defendant's Name:
Miracle Movers of Pittsburgh, LLC

**Are money damages requested?** ☒ Yes ☐ No

Dollar Amount Requested:
(check one)
- ☒ within arbitration limits
- ☐ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: Max Petrunya, Esq.

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

| **Nature of the Case**: | Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important. |
| --- | --- |

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☒ Other:
  negligence property damage
  _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:
  _____
  _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:
  _____
  _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
  _____
- ☒ Other:
  moving company breach of c
  _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:
  _____
  _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
  _____
- ☐ Zoning Board
- ☐ Other:
  _____
  _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:
  _____
  _____

*Updated 1/1/2011*

# <u>NOTICE</u>

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.    Cover Sheet**

(a)(1)   This rule shall apply to all actions governed by the rules of civil procedure except the following:

(i)      actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

(ii)     actions for support, Rules 1910.1 et seq.

(iii)    actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

(iv)    actions for divorce or annulment of marriage, Rules 1920.1 et seq.

(v)     actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

(vi)    voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)     At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)     The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)     The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)     A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)     The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet.  The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.