IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL HOOVEN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-00542 |
| | ) | |
| MIRACLE MOVERS, INC., | ) | |
| Defendant. | ) | |

**EXHIBIT 2**
**TO**
**DEFENDANT MIRACLE MOVERS, INC.'S BRIEF IN SUPPORT OF ITS MOTION TO**
**DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)**



An official website of the State of North Carolina  Here's how you know

# Secretary of State
### Elaine F. Marshall

About   Alerts   Contact   Fees   FAQs   News   Search   Sign In

Divisions   Programs   Agency Information   Online Services   Forms   Site Map   Support   Help

Home > Business Registration > Search > Business Corporation

## Business Corporation

### Actions

- File an Annual Report/Amend an Annual Report
- Online Filing

- Order a Document Online
- Add Entity to My Email Notification List
- View Filings

- Print a Pre-Populated Annual Report form
- Print an Amended a Annual Report form

---

**Legal name:**  Miracle Movers, Inc.

**Secretary of State Identification Number (SOSID):**  1394430

**Status:**  Current-Active

**Citizenship:**  Domestic

**Date formed:**  8/7/2014

**Fiscal month:**  December

**Registered agent:**   Samantha Piner

**Mailing address**
5228 Us 421 North
Wilmington, NC 28401

**Principal Office address**
5228 Us 421 North
Wilmington, NC 28401

**Registered Office address**
5228 Us 421 North
Wilmington, NC 28401

**Registered Mailing address**
5228 Us 421 North
Wilmington, NC 28401

**Officers**

- **Chief Operating Officer**
  Lindsay Wilhoit Cox
  2390 Mountain Lake Rd
  Asheboro NC 27205
- **President**
  Samantha  Wilhoit
  5228 Us Hwy 421 North
  Wilmington NC 28401

---

Return to top

**Other Agencies**

NC Gov ⧉

State Board of Elections ⧉

North Carolina Birth Certificate Information ⧉

North Carolina State Bar ⧉

North Carolina Department of Commerce ⧉

North Carolina Department of Revenue ⧉

All North Carolina Government Organizations ⧉

**Links of Interest**

National Association of Secretaries of State ⧉

Intellectual Property ⧉

NASAA - North American Securities Administrators Association ⧉

North Carolina Consular Corps ⧉

Secretary of State Disclaimer & Privacy

Hours of Operation Monday - Friday 8:00 am - 5:00 pm



**North Carolina Secretary of State's Office**

**Contact Us**

919-814-5400       Support       Division Directory

