IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL HOOVEN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-00542 |
| | ) | |
| MIRACLE MOVERS, INC., | ) | |
| Defendant. | ) | |

**EXHIBIT 3**
**TO**
**DEFENDANT MIRACLE MOVERS, INC.'S BRIEF IN SUPPORT OF ITS MOTION TO**
**DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL HOOVEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-00542 |
| | ) | |
| MIRACLE MOVERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SAMANTHA WILHOIT

I, Samantha Wilhoit, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1. I am the Principal of Miracle Movers, Inc. I have personal knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently to them.

2. Miracle Movers, Inc. is a corporation organized under the laws of North Carolina.

3. Miracle Movers, Inc.'s principal place of business is in North Carolina.

4. Miracle Movers, Inc. is not registered to do business in Pennsylvania.

5. Miracle Movers, Inc. has never maintained an office in Pennsylvania.

6. Miracle Movers, Inc. has never maintained employees in Pennsylvania.

7. Miracle Movers, Inc. has never maintained bank accounts in Pennsylvania.

8. Miracle Movers, Inc. has never owned or leased property in Pennsylvania.

9. Miracle Movers, Inc. has never maintained a registered agent for service of process in Pennsylvania.

10. Miracle Movers, Inc. did not enter into a contract with Plaintiff Daniel Hooven for the move described in the Complaint.

11. Miracle Movers, Inc. did not perform the move described in the Complaint.

12. Miracle Movers, Inc. did not store Plaintiff's property in Pennsylvania.

1

13. Miracle Movers, Inc. did not issue the invoices described in the Complaint.

14. Miracle Movers, Inc. is legally separate from Miracle Movers of Pittsburgh, LLC.

15. Miracle Movers of Pittsburgh, LLC is not the same entity as Miracle Movers, Inc.

16. Miracle Movers Inc. has no ownership interest in Miracle Movers of Pittsburgh, LLC.

17. Miracle Movers of Pittsburgh, LLC is not a subsidiary of, branch of, franchisee of, or satellite location of Miracle Movers, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5|29|2026.

SAMANTHA WILHOIT

STATE OF NORTH CAROLINA

COUNTY OF NEW HANOVER

Sworn to and subscribed before me,
This 29th day of May, 2026

Notary Public

GIDGET A WHITAKER
NOTARY PUBLIC
BRUNSWICK COUNTY, N.C.
My Commission Expires _____.

My Commission Expires:

12|30|2029

2