https://www.miraclemoversusa.com/    Go

INTERNET ARCHIVE
WayBackMachine
161 captures
20 Sep 2019 - 7 Mar 2026

MAY **JUL** AUG
◄ **06** ►
2021 **2022** 2023 ▼ About this capture

Learn More About Our Response to Covid-19

Click here

MIRACLE MM MOVERS
Your Property Is Our Priority

HOME    LOCATIONS    MOVING    ABOUT    EMPLOYMENT

NORTH CAROLINA
SOUTH CAROLINA
PITTSBURGH
ATLANTA
NEW ORLEANS
BREVARD COUNTY, FL

# Ready for a Stress Free Move?

We Deliver Moving Miracles!

⌄

YES, I'D LIKE A FREE MIRACLE MOVING ESTIMATE!

www.MiracleMoversWilmington.com

(910) 726-4930