# Request a Free Quote

## Please Choose Your Branch First

Choose Your Nearest Branch



**MIRACLE MM MOVERS**
*Your Property Is Our Priority*

Family-owned and operated, Miracle Movers is making a difference in the lives of our customers. We strive to make moving a pain-less experience and we are committed to serving your family and providing a moving miracle.

Google Rating
4.8 ★★★★★
Based on 1015 reviews

### Our Services

Commercial Moving

Long Distance Moving

Residential Moving

Packing and Unpacking

Storage

### Useful Links

About us

Service areas

Reviews

Careers

Contact us

Own a Franchise

### Choose a Location

North Carolina +

South Carolina +

Pennsylvania −

Pittsburgh, PA

Copyright © 2024 Miracle Movers. All rights reserved.

Terms  |  Privacy Policy  |  Accessibility  |  Sitemap